**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class




~~COURTESY COPY~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH S. GELMIS, INDIVIDUALLY AND ON BEHALF    CASE No.: 08-CV-980 (RMB)
OF ALL OTHERS SIMILARLY SITUATED,

       Plaintiff,                                    **MMA INVESTORS' STATUS REPORT**

       vs.                                           <u>CLASS ACTION</u>

EARL W. COLE, III, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE
M. LUNDQUIST, GARY A. MENTESANA, ROBERT J.
BANKS, CHARLES C. BAUM, RICHARD O. BERNDT,    **MEMO ENDORSED**
EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A.
McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT,
JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,

       Defendants.

------------------------------------------------------------X
*[caption continues]*

[Handwritten endorsement: "Joint report application granted."]

SO ORDERED:
Date: 5/14/08
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

------------------------------------------------------------------X
JULES ROTHAS, Individually and on Behalf of All Others           CASE NO. 08-CV-01120 (RMB)
Similarly Situated,

      Plaintiff,                                   <u>CLASS ACTION</u>

      vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MARK K.
JOSEPH, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, and DAVID B. KAY,

      Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X
ARNOLD J. ROSS, Individually and on Behalf of All Others         CASE NO. 08-CV-1299 (RMB)
Similarly Situated,

      Plaintiff,                                   <u>CLASS ACTION</u>

      vs.

EARL W. COLE, III, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, MARK K. JOSEPH, and
MUNICIPAL MORTGAGE & EQUITY, LLC,

      Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X
ALEX D'ANGELO, Individually and on Behalf of All Others          CASE NO. 08-CV-01331 (RMB)
Similarly Situated,

      Plaintiff,                                   <u>CLASS ACTION</u>

      vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MICHAEL L.
FALCONE, WILLIAM S. HARRISON, EARL W. COLE,
III, MARK K. JOSEPH, and MELANIE M. LUNDQUIST,

      Defendants.
------------------------------------------------------------------X
*[Caption continues]*

---------------------------------------------------------------------X
NAOMI RAPHAEL, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARHTUR S. MEHLMAN, and FRED N. PARATT, JR.

        Defendants.
---------------------------------------------------------------------X

CASE NO. 08-CV-02190 (RMB)

<u>CLASS ACTION</u>

## STATUS REPORT

Plaintiffs Norman Feinberg, Robert W. Stark, Leonard Klorfine, Daryl Bonyor, and Alan Fetch (collectively "MMA Investors") respectfully submit this Status Report pursuant to the Court's Order of April 29, 2008 (Docket no. 54).

For the sake of brevity, the MMA Investors group does not object, and adopts, the factual representations made in the Status Reports filed by defendant Municipal Mortgage & Equity, LLC (docket no. 56) and lead plaintiff movant the Yates Group (docket no. 57).

Additionally, the MMA Investors group respectfully requests that the Court direct the parties to submit all future Status Reports (via letter or court filing) jointly, in order to avoid duplicative submissions or filings with the Court.

Dated: May 12, 2008

                              **THE ROSEN LAW FIRM, P.A.**

                              _____/s/ Phillip Kim_____
                              Phillip Kim, Esq. (PK 9384)
                              Laurence M. Rosen, Esq. (LR 5733)

                              [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim